# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR KENT COUNTY


| | | |
|---|---|---|
| STATE HUMAN RELATIONS | : | |
| COMMISSION ex rel. THEODORA | : | C.A. No: K13C-01-007 RBY |
| BUTLER | : | |
| | : | |
| _____Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MARY FIELD and DELAWARE | : | |
| COMMUNITY MANAGEMENT, LLC, | : | |
| | : | |
| Defendants. | : | |


*Submitted: November 19, 2014*
*Decided: January 14, 2015*


***Upon Consideration of Plaintiff's***
***Motion for Summary Judgment***
**DENIED**

**ORDER**


Oliver J. Cleary, Esquire, Department of Justice, Wilmington, Delaware for Plaintiff.

Michael P. Morton, Esquire, Greenville, Delaware for Defendants.


Young, J.

*State Human Rel. Comm. ex. rel. Theodora Butler v. Mary Field, et. al.*
*C.A. No.: K13C-01-007 RBY*
*January 14, 2015*

## DECISION

The facts and arguments presented in this Motion are identical to those presented in the Motion of Plaintiff Green. Accordingly, this Motion is **DENIED** for the same reasons as stated in that Order made this same date and time.

**SO ORDERED** this 14th day of January, 2015.


       /s/ Robert B. Young
                J.


RBY/lmc
oc:   Prothonotary
cc:   Counsel
       Opinion Distribution
       File